1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8

9    JOSEPH RAYMOND McCOY,                    1:16-cv-01864 GSA (PC)

10                  Plaintiff,

11        v.                                  ORDER TO SUBMIT APPLICATION
                                              TO PROCEED IN FORMA PAUPERIS
12   M. TANN, et al.,                         OR PAY FILING FEE WITHIN 30 DAYS

13                  Defendants.

14

15        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in

17   forma pauperis pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        Within thirty days of the date of service of this order, plaintiff shall submit the attached

20   application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

21   $400.00 filing fee for this action.  **No requests for extension will be granted without a showing**

22   **of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

23
     IT IS SO ORDERED.
24
          Dated:   **December 16, 2016**              **/s/ Gary S. Austin**
25                                                   UNITED STATES MAGISTRATE JUDGE

26

27

28